David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
HERLETT L. SALMONS III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERLETT L. SALMONS III, | **Case No. 2:19-cv-00625-APG-BNW-** |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SUN LOANS ONLY** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; SUN LOANS, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant SUN LOANS**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant SUN LOANS, **and only as to Defendant SUN LOANS** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice against **Defendant SUN LOANS**.

Dated:        June 19, 2019

Respectfully submitted,

By:      /s/David H. Krieger, Esq.
         David H. Krieger, Esq. (Nevada Bar No. 9086)
         HAINES & KRIEGER, LLC
         8985 S. Eastern Avenue, Suite 350
         Henderson, Nevada 89123
         *Attorney for Plaintiff*